IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

ROY FLOYD,
    Plaintiff,

vs.                                        3:05cv307/LAC/MD

WARDEN KIRKLAND,
    Defendant.
_____

## O R D E R

Upon consideration of the Report and Recommendation of the Magistrate Judge filed on August 10, 2005, pursuant to 28 U.S.C. § 636(b)(1)(B), and after reviewing objections to the Recommendation, if any, the Recommendation is adopted as the opinion of the Court.

Accordingly, it is now ORDERED as follows:

1.     Plaintiff's Motion to Dismiss (Doc 4) is treated as an objection to the report and recommendation and is otherwise DENIED as moot.

2.     The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

3.     This cause is DISMISSED as malicious pursuant to 28 U.S.C. § 1915(e)(2)(B)(i) for plaintiff's abuse of the judicial process.

DONE AND ORDERED this 12th day of September, 2005.

                        *s/L.A. Collier*
                        LACEY A. COLLIER
                        SENIOR UNITED STATES DISTRICT JUDGE